## Robert Jones v. Eben Smith and another.

*Reserved cases. Jurisdiction.* The Constitution having conferred upon the Supreme Court appellate jurisdiction only, except in certain specified cases of original jurisdiction, the Legislature has no power to authorize the Supreme Court to take cognizance of Reserved Cases.

*Submitted and decided July 7th.*

Case reserved from Kent Circuit for the opinion of this Court.

The Court held that it possessed no jurisdiction over cases reserved from the Circuit Courts, and not involving the exercise of appellate powers, and therefore dismissed the cause.— *Con. Art. VI,* § 3.; *Sanger v. Truesdail,* 8 *Mich.* 543.

*Miller & Wilson*, for plaintiff.